IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TOMIKO MARCUS,  No. 6:13-cv-1009-AA
　　　　　　　　　　　　　　　　　　　　　　　　　　　　O R D E R
       Plaintiff,

  vs.

CAROLYN COLVIN,
Commissioner of Social Security,

       Defendant.
_____

AIKEN, Chief Judge:

    Plaintiff's unopposed motion for attorney fees (doc. 22) under 42 U.S.C. § 406(b) is granted. Plaintiff's attorney is awarded attorney fees in the amount of $7,931.01 for fees representing claimant before this court. Pursuant to 42 U.S.C. § 406(b), this court may award a reasonable fee up to 25% of the

past due benefits. Past due Supplemental Security Income benefits total $55,724.04. The requested fee, in combination with the agency fee previously awarded, is exactly 25% of past due benefits. See <u>Gisbrecht, et al. v. Barnhart</u>, 535 U.S. 789 (2002). This court had previously awarded $5,258.34 in EAJA fees on this case. Upon payment of the § 406(b) fees, plaintiff's attorney will refund the awarded EAJA fee to plaintiff.

IT IS SO ORDERED.

Dated this 29 day of January 2015.

*/s/ Ann Aiken*
Ann Aiken
United States District Judge